LEE FORTENBERRY V. THE STATE.

No. 2655. Decided February 25, 1903.

**Recognizance on Appeal—Sufficiency.**

A recognizance on appeal, to be sufficient, must, as required by statute, bind appellant to abide the judgment on appeal "in this case."

Appeal from the County Court of Knox. Tried below before Hon. G. B. Landrum, County Judge.

No statement is required.

*Jas. A. Stephens,* for appellant.

*Howard Martin,* Assistant Attorney-General, for the State.

DAVIDSON, Presiding Judge.—Motion is made to dismiss the appeal because of the insufficiency of the recognizance. It binds appellant to abide the "judgment of the Court of Criminal Appeals," but fails to conclude, as the statute requires, "in this case." This precise question came up in Cryer v. State, 36 Texas Crim. Rep., 621, and it was there held that the recognizance was not sufficient. See also Duffer v. State (Texas Crim. App.), 38 S. W. Rep., 997. The motion is sustained. The appeal is dismissed.

*Appeal dismissed.*